IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT


CESAR A. VILLAZANO,

      Appellant,

 v.

                              Case No. 5D22-1599
                              LT Case No. 2007-034013-CFAES


STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed December 2, 2022

3.800 Appeal from the Circuit Court
for Volusia County,
Elizabeth A. Blackburn, Judge.

Cesar A. Villazano, Bowling Green, pro se.

No Appearance for Appellee.


PER CURIAM.

     Appellant appeals the trial court's denial of his petition for writ of
habeas corpus in Volusia County Circuit Court Case No. 2007-034013-
CFAES. We affirm the trial court's order and caution Appellant that abusive,
repetitive, malicious, or frivolous filings directed to Volusia County Circuit

Court Case No. 2007-034013-CFAES may result in sanctions such as a bar on pro se filing in this Court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. <u>See</u> § 944.279(1), Fla. Stat. (2019); <u>State v. Spencer</u>, 751 So. 2d 47 (Fla. 1999).

AFFIRMED; PRO SE CAUTIONED.

WALLIS, EDWARDS, and HARRIS, JJ., concur.